IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FREDERICK TORRENCE, )
        Plaintiff, )
   v. ) C.A. No. 07-331 ERIE
  )
SHELLEY LEE THOMPSON, et al, )
        Defendants. )

## MEMORANDUM ORDER

Plaintiff's complaint was received by the Clerk of Court on December 3, 2007, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation, filed on June 18, 2008, recommended that Plaintiff's Motion for Temporary Restraining Order and/or Preliminary Injunction [Document # 29] be denied. The parties were allowed ten (10) days from the date of service to file objections. Objections were filed by the Plaintiff on July 3, 2008. After de novo review of the pleadings and documents in the case, together with the report and recommendation and objections thereto, the following order is entered:

AND NOW, this _15th_ day of July, 2008;

IT IS HEREBY ORDERED that the Motion for Temporary Restraining Order and/or Preliminary Injunction to Stop the Continued Opening and Copying of Privileged Legal Mail [Document # 29] is DENIED.

The report and recommendation of Magistrate Judge Baxter, dated June 18, 2008, is adopted as the opinion of the court.

                                              MAURICE B. COHILL, JR.
                                              United States District Judge

cc:      Susan Paradise Baxter
         U.S. Magistrate Judge

         all parties of record _____